UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DENNIS CULLOM, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:13CV01088 AGF/TCM |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

# **MEMORANDUM AND ORDER**

Currently before the Court is the Report and Recommendation of United States Magistrate Judge Thomas C. Mummert III, to whom this matter was referred for recommended disposition pursuant to 28 U.S.C. § 636(b). On July 14, 2014, Magistrate Judge Mummert filed his Report and Recommendation, recommending that the Court affirm the decision of the Commissioner to deny Plaintiff supplemental security income under Title XVI of the Social Security Act and disability insurance benefits under Title II of the Social Security Act. Neither party has filed objections to the Report and Recommendation and the time to do so has passed.

Upon careful consideration of the Report and Recommendation and the record in this case, the Court concurs with the recommendation of the Magistrate Judge that the Commissioner's decision in this matter should be affirmed.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge is **SUSTAINED, ADOPTED,** and **INCORPORATED** herein, and the decision of the Commissioner in this case is **AFFIRMED**.

A separate Judgment shall accompany this Memorandum and Order.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 18th day of August, 2014.